IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| NAKODA HATMAKER | : | VIOLATION: 18 U.S.C. § 922(o) (possession of a machinegun – 1 count) Notice of Forfeiture |

**THE GRAND JURY CHARGES THAT:**

On or about November 30, 2023, in Berks County, in the Eastern District of Pennsylvania, defendant

**NAKODA HATMAKER**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(24), and Title 26, United States Code, Section 5845(b), that is:

an AR-type conversion device, with no serial number

In violation of Title 18, United States Code, Section 922(o).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(o), set forth in this indictment, defendant

**NAKODA HATMAKER**

shall forfeit to the United States of America the machinegun involved in the commission of this offense, including but not limited to:

1) an AR-type conversion device, with no serial number

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

_____
**JACQUELINE C. ROMERO**
United States Attorney

*No. 24-*

---

### UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania
Criminal Division

---

### THE UNITED STATES OF AMERICA

vs.

### NAKODA HATMAKER

---

### INDICTMENT

Counts
18 U.S.C. 922(o)
(possession of a machinegun – 1 count)
Notice of Forfeiture

